Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
January 22, 2014

Victoria L. Nelson, Esq. (NV Bar No. 5436)
Email: vnelson@nelsonhoumand.com
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@nelsonhoumand.com
**NELSON & HOUMAND, P.C.**
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM WALTER PLISE, AKA BILL PLISE,<br><br>Debtor. | Case No. BK-S-12-14724-LBR<br>Chapter 7 |
| SHELLEY D. KROHN, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>WILLIAM WALTER PLISE, an individual; DOE individuals 1-10; and ROE corporations 1-10,<br><br>Defendants. | Adv. No. BK-S-12-01214-LBR<br><br>**ORDER APPROVING STIPULATION TO (1) CERTIFY THE ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT [DOCKET NO. 226] AS A FINAL ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7054 AND FEDERAL RULE OF CIVIL PROCEDURE 54(B) AND (2) STAY TRIAL PENDING APPEAL** |

-1-

|  | Date of Hearing: | February 4, 2014 |
|---|---|---|
|  | Time of Hearing: | 9:30 a.m. |
|  | Place: | Courtroom No. 5, Second Floor |
|  |  | Foley Federal Building |
|  |  | 300 Las Vegas Blvd., S. |
|  |  | Las Vegas, NV 89101 |
|  | Judge: | Honorable Linda B. Riegle |

The Court having reviewed and considered the Stipulation To (1) Certify the Order Granting Motion for Partial Summary Judgment [Docket No. 226] As A Final Order Pursuant to Federal Rule of Bankruptcy Procedure 7054 and Federal Rule of Civil Procedure 54(b) and (2) Stay Trial Pending Appeal (the "Stipulation") filed by the parties thereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**; and

**IT IS FURTHER ORDERED** that the Order Granting Plaintiff's Motion for Partial Summary Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7056 and Federal Rule of Civil Procedure 56 [Adversary Proceeding Docket No. 226] is certified as a final judgment pursuant to FRBP 7054 and FRCP 54(b).

**IT IS FURTHER ORDERED** that the trial on the remaining claims for relief alleged in the Second Amended Complaint [Adversary Proceeding Docket No. 98] is stayed pending a final determination of the appeal of the Order Granting Plaintiff's Motion for Partial Summary Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7056 and Federal Rule of Civil Procedure 56 [Adversary Proceeding Docket No. 226].

**IT IS FURTHER ORDERED** that the Pre-Trial Conference currently scheduled for February 4, 2014 at 9:30 a.m. is vacated.

**IT IS FURTHER ORDERED** that all of the deadlines for pre-trial statements, pretrial motions, the lodging of exhibits, and witness lists identified in the Order Regarding Pretrial and Trial Matters [Adversary Proceeding Docket No. 229] are vacated.

**IT IS FURTHER ORDERED** that the deposition of Plaintiff's expert witness Jeffrey E. Brandlin currently scheduled for February 14, 2014 is vacated.

**IT IS SO ORDERED.**

Prepared and Submitted By:

**NELSON & HOUMAND, P.C.**

/s/ *Victoria L. Nelson*
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Jacob L. Houmand, Esq. (NV Bar No. 12781)
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:       702/720-3370
Facsimile:        702/720-3371

*Attorneys for Shelley D. Krohn, Chapter 7 Trustee*

###

-3-